754

## Commonwealth ex rel. Southerland, Appellant, *v.* Brierley.

Submitted September 12, 1966. *Elijah Southerland,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth *v.* Adams, Appellant.

Argued September 14, 1966. *Martin Karl Miller,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Ervin, P. J., absent.